AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Oceanic and Atmospheric Administration
was received by me on *(date)* 04/25/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On April 29, 2025, I mailed the Summons, Complaint, Civil Cover Sheet, Disclosure of Corporate interest and Pro Hac Vice form for Miyoko Sakashita by certified mail. The attached USPS tracking receipt confirmed that the package was received on April 30, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/06/2025

/s/ Mark Patronella
*Server's signature*

Mark Patronella, Attorney
*Printed name and title*

1411 K St NW, Ste 1300
Washington, DC 20005.

*Server's address*

Additional information regarding attempted service, etc: