# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701421462634

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 3:27 pm on April 30, 2025 in SILVER SPRING, MD 20910.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

SILVER SPRING, MD 20910
April 30, 2025, 3:27 pm

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                              ⌄

USPS Tracking Plus®                              ⌄

Product Information                              ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

