**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CENTER FOR BIOLOGICAL
DIVERSITY,

     Plaintiff,

    v.

NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION,

     Defendant.

Case No. 8:25-cv-01320-PX

**DECLARATION OF MARK H. GRAFF**

Pursuant to 28 U.S.C. § 1746, I, Mark H. Graff, declare and state as follows:

1.    I am currently the Freedom of Information Act (FOIA) Officer for the National Oceanic and Atmospheric Administration (NOAA), which is a part of the United States Department of Commerce (DOC). I have occupied this position since September 6, 2015. My primary duties include management of requests submitted to NOAA for records made under both the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a (PA). In that capacity, I oversee NOAA's receipt and log-in of incoming FOIA requests, the tasking and coordination of searches for responsive records, and review of outgoing responses.

2.    The statements contained in this declaration are based upon my personal knowledge and experience, my personal familiarity with methods used to process FOIA requests at NOAA and information provided to me by others in my official capacity. I am personally familiar with the FOIA request of Plaintiff Center for Biological Diversity (CBD), at issue in this case.

-1-

3.      This Declaration is submitted in support of the Status Report to be filed on or before January 6, 2026, and NOAA's proposed final production schedule.

## I.    PLAINTIFF'S FOIA REQUEST AND NOAA'S PRODUCTION OF RECORDS

4.      On March 4, 2025, CBD submitted a FOIA request to NOAA for all records from January 21, 2025, to the date of the search containing the following information:

(a) Job descriptions of employees who were fired;

(b) Job descriptions of employees who accepted a buyout offer;

(c) The reorganization plan due on March 13, 2025, required by Executive Order 14210, 90 Fed. Reg. 9669 (Feb. 11, 2025);

(d) The workplans of the employees who were fired, including the records documenting future milestones or deliverables for their work. Alternatively, if the aforementioned records are not available, records containing the project descriptions or proposals for projects on which the fired employees were working;

(e) Schedules for the projects that the fired people were working on, including, for example, Smartsheet Gantt charts or other schedules;

(f) The contracts or grants that were cancelled or frozen for projects to conserve endangered species or marine mammals;

(g) Communications discussing reassignment, delay, and/or pausing of work due to workforce reductions, funding cuts, or limits on international engagement; and (h) Decisions not to enforce and/or implement the Endangered Species Act, Marine Mammal Protection Act, Atlantic Coastal Fisheries Cooperative Management Act, and/or Magnuson-Stevens Fishery Conservation and Management Act.

5.      The NOAA FOIA Team assigned this request Agency FOIA Tracking Number DOC-NOAA-2025-000586 and acknowledged NOAA's receipt of the request at issue on March 4, 2025.

6.      On March 27, 2025, Sam Dixon of the NOAA FOIA Team issued a tasking to five FOIA Liaisons within various offices (Acquisitions and Grants Office (AGO), National Marine Fisheries Service (NMFS), National Ocean Service (NOS), Office of Atmospheric

Research (OAR), Office of Human Capital Services (OHCS)) within NOAA to assist with a search for records that were potentially responsive to the request at issue.

7. On March 27, 2025, the NOAA FOIA Team also notified CBD that it was invoking 5 U.S.C. § 552(a)(6)(B), which provides that an Agency may need more time to respond where the request cannot be processed within the time limit based on "unusual circumstances" which may include the need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request; the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request; or the need for consultation with another agency having a substantial interest in the determination of the request or among two or more components of the agency having substantial subject-matter interest therein.

8. Following this initial tasking, the NOAA FOIA Team also began to coordinate with NOAA's Office of Human Capital Services (OHCS) FOIA Liaison to begin the search of NOAA's personnel records.

9. On approximately April 10, 2025, the OHCS FOIA Liaison accepted the Voluntary Early Retirement Authority offer and shortly thereafter began pre-retirement leave, thereby delaying NOAA's search of its personnel records for responsive records.

10. To ensure that the relevant offices within NOAA were conducting appropriate searches, on April 14, 2025, NOAA FOIA Team issued four separate FOIA Liaisons (NOS, NMFS, AGO, OAR) a tasking to complete the search and segregability review of potentially responsive records associated with the subject FOIA request.

11. On approximately April 14, 2025, Sheree McKnight, serving as the interim replacement FOIA liaison for OHCS, also began the OHCS search of NOAA's personnel records for responsive records.

12. On April 29, 2025, the NMFS FOIA Liaison contacted the NOAA Acquisition and Grants Office (AGO) to conduct a search for terminated NMFS grants that were cancelled or frozen for projects to conserve endangered species or marine mammals. On June 6, 2025, NOAA AGO provided 3 pages of responsive records to the NMFS FOIA Liaison.

13. On April 29, 2025, the NMFS FOIA Liaison reached out to NMFS Human Capital Management Office (HCMO) staff to obtain records responsive to the request for performance plan documents. NMFS HCMO provided those records on June 6, 2025 yielding approximately 4,950 pages of potentially responsive records.

14. During this time period, the NMFS FOIA Liaison also coordinated with the NOS and OAR FOIA liaisons to obtain responsive records for their respective offices. The search for NOS records yielded approximately 1,596 pages of potentially responsive records. The search for OAR records yielded approximately 1,800 pages of potentially responsive records. OHCS provided approximately 400 additional pages with records related to NMFS staff.

15. On September 22, 2025, after review for segregability, privilege, redaction and identification of any applicable exceptions, NOAA produced 16 pages of responsive records to CBD.

16. From October 1 to November 13, 2025, the U.S. Government, including NOAA and its component offices experienced a lapse in funding, and nearly all employees were furloughed; during that time, NOAA ceased work on the FOIA request at issue.

II. **NOAA's REVIEW AND PRODUCTION OF REMAINING RECORDS, AND NO-RECORDS RESPONSE LETTER**

17. After resuming operations, NOAA was able to determine that there were two

categories of documents for which it had no responsive records.   NOAA is preparing a "no-records" response letter which will be issued to CBD on or before January 16, 2025.

18.    On November 17, 2025, NOAA conducted a comprehensive search of the Google Vault system, which has Enterprise-wide search capability.   That search yielded a total of approximately 12,000 potentially responsive records.

19.    On approximately December 15, 2025, NOAA provided the records that had already undergone first-line review to the Department of Commerce (DOC) for consultation pursuant to 15 C.F.R. § 4.5(b).

20.    As of the date of this declaration, NOAA  has a total of approximately 20,000 pages of  review.

21.    NOAA anticipates completing its first-line review by of all remaining potentially responsive documents by January 16, 2026; those records will then be provided to DOC to complete their required consultation under 15 C.F.R. §4.5(b).

22.    Based on this projected timeline, NOAA anticipates being able to process, review and produce all remaining potentially responsive documents by January 30, 2026.

Pursuant to 28 U.S.C. § 1746, I hereby affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6 day of January, 2026, in Harpers Ferry, West Virginia.

Mark H. Graff
NOAA FOIA Officer

-5-