**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CENTER FOR BIOLOGICAL            )
DIVERSITY,                       )
                                 )
    Plaintiff,                   ) Case No. 8:25-cv-01320-PX
                                 )
    v.                           )
                                 )
NATIONAL OCEANIC AND             )
ATMOSPHERIC ADMINISTRATION,      )
                                 )
    Defendant.                   )

**JOINT STATUS REPORT**

The Parties, by and through undersigned counsel, hereby file the following status report regarding this matter. On January 30, 2026, Defendant produced approximately 9,946 pages of documents. Defendant characterizes the production as the completed response to Plaintiff's FOIA request.

Plaintiff has been reviewing the documents but, due to the size of the production, Plaintiff will need some additional time to review all of the materials. Once Plaintiff has done so, the Parties intend to confer to determine whether they can resolve any concerns without the need for further litigation. The Parties would therefore ask that they be permitted to file another status report in 30 days and will report at that time whether there are any additional issues to be resolved.

February 17, 2026                Respectfully submitted,

*/s/ Mark Patronella*
Mark Patronella (Bar No. 31185)
CENTER FOR BIOLOGICAL
DIVERSITY
1411 K St. NW, Suite 1300
Washington, D.C. 20005
Telephone (202) 961-4820

C. Miyoko Sakashita (Admitted *Pro Hac
Vice*)
CENTER FOR BIOLOGICAL
DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
Fax: (510) 844-7150

*Attorneys for Plaintiff Center for
Biological Diversity*

KELLY O. HAYES
United States Attorney

*/s/ Ariana Wright Arnold*
Ariana Wright Arnold #23000
Assistant United States Attorney
U.S. Attorney's Office, District of Md
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
Ph 410-209-4813
Ariana.Arnold@usdoj.gov

*for Federal Defendant*

**CERTIFICATE OF SERVICE**

The forgoing document was efiled and thereby served on counsel of record via ECF.

/s/ Mark Patronella
Mark Patronella
Counsel for Plaintiff