**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| *Plaintiff*, | |
| v. | Civil No. 8:25-cv-01320-PX |
| NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, | |
| *Defendant*. | |

**JOINT STATUS REPORT**

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Order dated February 17, 2026.

The parties agree that the merits of the case are now resolved, and that the remaining issue to be addressed is the Plaintiff's claim for fees and costs.

The parties are in the process of conferring on that issue, and request leave to file another joint status report in 60 days, on May 18, 2026. At that time, the parties will inform the Court whether any outstanding issues remain to be resolved.

WHEREFORE, the parties request that the Court approve this Status Report and agree that the parties may file another status report on or before May 18, 2026.

March 20, 2026.

/s/ Mark Patronella
Mark Patronella (Bar No. 31185)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Suite 1300
Washington, D.C. 20005
Tel: (202) 961-4820

C. Miyoko Sakashita
(Admitted *Pro Hac Vice)*
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
Fax: (510) 844-7150
*Attorneys for Plaintiff*
*Center for Biological Diversity*

Kelly O. Hayes
United States Attorney

/s/ Ariana Wright Arnold
Ariana Wright Arnold (Bar No. 23000)
Assistant United States Attorney
U.S. Attorney's Office, District of Md
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
Tel: 410-209-4813
Ariana.Arnold@usdoj.gov

*Attorneys for the Federal Defendant*

## CERTIFICATE OF SERVICE

The foregoing document was electronically filed and thereby served on counsel of record via ECF on the 20th day of March 2026.

/s/ Ariana Wright Arnold
Ariana Wright Arnold
Assistant United States Attorney