✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____ Maryland _____

Center for Biological Diversity

                      Plaintiff (s),

      V.

National Oceanic and Atmospheric Administration

                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**    8:25-cv-01320-PX

Notice is hereby given that, subject to approval by the court, __Center for Biological Diversity__ substitutes

                                        (Party (s) Name)

__Lauren Parker__ , State Bar No. __1670885__ as counsel of record in
(Name of New Attorney)

place of __Mark Patronella__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Center for Biological Diversity

Address:       1411 K St. NW, Suite 1300, Washington, D.C. 20005

Telephone:    (202) 868-1008         Facsimile _____

E-Mail (Optional):   Lparker@biologicaldiversity.org

I consent to the above substitution.

Date:            4/17/2026

Kristen Monsell

Digitally signed by Kristen Monsell
DN: cn=Kristen Monsell, o=Center for Biological Diversity, ou, email=kmonsell@biologicaldiversity.org, c=US
Date: 2026.04.17 12:07:41 -07'00'

(Signature of Party (s))

I consent to being substituted.

Date:            4/15/2026

Mark Patronella

Digitally signed by Mark Patronella
DN: cn=Mark Patronella, o, ou, email=mpatronella@biologicaldiversity.org, c=US
Date: 2026.04.15 11:48:33 -04'00'

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:            4/15/2026

Lauren Parker

Digitally signed by Lauren Parker
DN: cn=Lauren Parker, o=Center for Biological Diversity, ou, email=lparker@biologicaldiversity.org, c=US
Date: 2026.04.15 09:49:00 -04'00'

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____            _____

                                                  Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**